Maurice J. WILLIAMS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 374, 2016

Supreme Court of Delaware.

Submitted: August 12, 2016
Decided: August 25, 2016
Reargument Denied September 2, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 9901005150 and 1011002501

DISMISSED.